IN THE MATTER OF THE APPLICATION OF THE CITY
AFFAIRS COMMITTEE OF JERSEY CITY, A CORPORA-
TION OF THE STATE OF NEW JERSEY, FOR A WRIT
OF CERTIORARI.

Argued November 1, 1944—Decided November 1, 1944.

Before Justices CASE, BODINE and PORTER.

For the applicant, *Leo Rosenblum.*

For the Board of Commissioners of Jersey City, *Charles
A. Rooney* and *Charles Hershenstein.*

PER CURIAM.

We think that there are legal questions involved which are
not decided in *In Re Carrick,* 127 *N. J. L.* 316, and further
that these questions should receive decision in such manner
that they may, if desired, be carried on to the Court of Errors
and Appeals for final adjudication.

A writ of *certiorari* will issue, but without stay.